UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARGARITA MENJIVAR,<br>          Plaintiff,<br>     v.<br>MTGLQ INVESTORS, LP, et al.,<br>          Defendants. | Case No.  16-cv-05214-VC<br><br>**JUDGMENT** |

   Having dismissed this case with prejudice, the Court now enters judgment in favor of the defendants and against the plaintiff.  The Clerk of Court is directed to close the case.

   **IT IS SO ORDERED.**

Dated:  April 28, 2017

_____
VINCE CHHABRIA
United States District Judge